NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD L. SHAFFER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7052

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-0758, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs moves without opposition for a 21-day extension of time, until March 21, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 3 0 2012
—————————————
Date

/s/ Jan Horbaly
————————————
Jan Horbaly
Clerk

cc:  Richard L. Shaffer
     J. Hunter Bennett, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2012

JAN HORBALY
CLERK